Mr. Justice Douglas took no part in the consideration and decision of this application. Messrs. Jason L. Honigman for Wilton Realty Corp., and Mr. George E. Brand for Equitable Trust Co., petitioners. Messrs. Paul Weadock and Harold H. Armstrong for Weadock, and Solicitor General Jackson and Mr. Chester T. Lane for the Securities & Exchange Commission, respondents.

No. 581. WIEGAND ET AL. v. W. BINGHAM Co. ET AL. January 15, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. Victor D. Borst and William E. Chilton for petitioners. Messrs. J. Bernhard Thiess and George William Hansen for respondents.

No. 584. CRANE-JOHNSON Co. v. COMMISSIONER OF INTERNAL REVENUE. January 15, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. John E. Hughes for petitioner. Solicitor General Jackson, Assistant Attorney General Clark, and Messrs. Sewall Key and Lee A. Jackson for respondent. By special leave of Court, briefs of amici curiae were filed by Mr. H. H. Hoppe on behalf of Warren Telephone Co. et al., and by Messrs. Harry O. Glasser, Robert L. Judd, and W. S. Greathouse, on behalf of several corporate taxpayers, in support of the petition.

No. 314. ROEDENBECK FARMS, INC., ET AL. v. BROUSSARD ET AL. August 24, 1939.